IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SEAN EGAN,  : CIVIL ACTION
  :
v.  : NO. 18-1563
  :
INSEARCH PARTNERS, STEVEN
PRUETTE, CHRISTOPHER PRUETTE and
WILLIAM BRONNER, ESQUIRE,

## ORDER

**AND NOW**, this 16th day of January, 2019, upon review of the Motion to Dismiss of Defendant, William Bronner, Esquire (Docket No. 5), Plaintiff's response, and Defendant's reply, it is hereby **ORDERED** as follows:

1. Defendant Bronner's Motion is **GRANTED**;

2. Defendant Bronner is **DISMISSED** from this action with prejudice;

3. Plaintiff shall file proof of service that the Complaint and Summons in this matter were served upon Defendants, InSearch Partners, Steven Pruette and Christopher Pruette, within twenty (20) days of the date of this Order; and

4. If proof of service is not filed, the Court may dismiss this matter as to the remaining defendants for failure to prosecute.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.